USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1241 KENNETH HOWARD, ET AL., Plaintiffs, Appellants, v. STATE OF RHODE ISLAND, WATER RESOURCES BOARD, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ernest C. Torres, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ John W. Dineen and Yesser, Glasson & Dineen on brief for ________________ ___________________________ appellants. Jeffrey B. Pine, Attorney General, and Rebecca Tedford __________________ _________________ Partington, Assistant Attorney General, on brief for appellee. __________ ____________________ October 14, 1997 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we conclude that appellants' complaint properly was dismissed under Fed. R. Civ. P. 12(b)(6) for failure to state a claim and that their motion to amend the complaint properly was denied as futile. We reach this conclusion for substantially the same reasons stated by the district court in its Memorandum and Order dated December 31, 1996.  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-